IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA SULLIVAN                                          PLAINTIFF

v.                      No. 3:14-cv-163-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                               DEFENDANT

JUDGMENT

Sullivan's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 July 2015